**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SHANNON DALE FRASIER, | ) | NO. EDCV 12-403-GHK (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ROBERT H. TRIMBLE, Warden | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:    7/30/15    .

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE